IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. DITTEMORE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation;<br><br>Defendant. | 8:16CV23<br><br>**ORDER** |

Defendant has filed a motion to continue the Pretrial Conference and Trial in this matter. The motion is unopposed by Plaintiff. Accordingly,

IT IS ORDERED:

1) Defendant's email motion, Filing No. 35, is granted.

2) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on October 2, 2017, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on September 19, 2017 at 1:00 p.m., and will be conducted by WebEx conferencing. The instructions and codes for participating in the pretrial conference by WebEx are located at [Filing No. 18](). The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 15, 2017.

Dated this 4th day of August, 2017.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge