IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. DITTEMORE, an individual;<br><br>        Plaintiff,<br><br>   vs.<br><br>THE TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation;<br><br>        Defendant. | **8:16CV23**<br><br>**ORDER** |

IT IS ORDERED that the motions to withdraw filed by Jeffrey J. Blumel and Ryan M. Kunhart, as counsel of record for The Transit Authority of the City of Omaha, (Filing Nos. 39 and 40), are granted.

August 24, 2017.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge