IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. DITTEMORE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation;<br><br>Defendant. | 8:16CV23<br><br>ORDER |

Parties have filed an unopposed motion to extend the pretrial conference and conference dates in this matter by 3 months. ([Filing No. 42](#)). According,

IT IS ORDERED:

1) Defendant's unopposed motion, ([filing no. 42](#)), is granted).

2) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on January 16, 2018, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 2, 2018 at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. The instructions and codes for participating in the pretrial conference by WebEx are located at Filing No. 18. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on December 29, 2017.

Dated this 12th day of September, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge